IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


FELIX M. PALACIOS                                    PETITIONER

v.                          CIVIL ACTION NO. 3:19-CV-580-DCB-JCG

WARDEN, F.C.C. YAZOO CITY                            RESPONDENT



ORDER

     This matter is before the Court on Magistrate Judge John C.
Gargiulo's Report and Recommendation [ECF No. 9].  No party
filed objections to the Report and Recommendation, and the
deadline for filing such objections has passed.  Having
carefully reviewed the Report and Recommendation, the petition
for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241
[ECF No. 1], the Respondent's Response in Opposition [ECF No.
8], the parties' other submissions, and applicable law, the
Court finds the Report and Recommendation to be well taken.

     Petitioner Felix M. Palacios, who is representing himself
pro se, is presently incarcerated with the Federal Bureau of
Prisons at the United States Penitentiary in Yazoo City,
Mississippi.  In his habeas corpus petition brought under 28
U.S.C. § 2241, Palacios argues that Rehaif v. United States, 139
S. Ct. 2191 (2019), should be applied retroactively to vacate

his 2010 conviction for possessing a firearm as a convicted
felon in violation of 18 U.S.C. § 922(g).  [ECF No. 1].  This is
not Palacios's first attempt to use the holding of Rehaif to
void his felon-in-possession conviction.  In 2019, he was unable
to persuade the United States Eleventh Circuit Court of Appeals
on the same facts and substantively similar arguments.
In re Palacios, 931 F.3d 1314, 1315 (11th Cir. 2019) (Rehaif did
not announce a new rule of constitutional law made retroactive
to cases on collateral review).  This Court is equally
unpersuaded.  The Magistrate Judge recommends that the petition
be dismissed for lack of jurisdiction, and this Court agrees.

        Accordingly,

        IT IS HEREBY ORDERED that the Magistrate Judge's Report and
Recommendation [ECF No. 9] is ADOPTED as the findings and
conclusions of this Court; and

        IT IS FURTHER ORDERED that the Petition for Writ of Habeas
Corpus [ECF No. 1] is DISMISSED for lack of jurisdiction.

        A separate judgment will be entered in accordance with Federal
Rule of Civil Procedure 58.

        SO ORDERED this the 17th day of December, 2020.


                                    /s/ David Bramlette_____
                                    UNITED STATES DISTRICT JUDGE